**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-00706-WJM

SHAWN LOVETT,

     Applicant,

v.

COLORADO STATE PENITENTIARY, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

---

## ORDER FOR STATE COURT RECORD

---

After preliminary consideration of the Application for a Writ of Habeas Corpus

Filed Pursuant to 28 U.S.C. § 2254, it is

**ORDERED** that **within thirty (30) days from the date of this order** the

Respondents shall file with the Clerk of the Court, in electronic format if available, a

copy of the complete record of Applicant's state court proceedings in *People v. Shawn*

*Lovett*, El Paso County District Court Case No. 07CR5489, including all documents in

the state court file and transcripts of all proceedings conducted in the state court, but

excluding any physical evidence (as opposed to documentary evidence) not relevant to

the asserted claims.  It is

**FURTHER ORDERED** that the Clerk of the Court is directed to send copies of

this order to the following:

    (1)    Clerk of the Court
           El Paso County District Court
           P.O. Box 2980

            Colorado Springs, Colorado 80901-2980; and

(2)      Court Services Manager
            State Court Administrator's Office
            101 W. Colfax, Ste. 500
            Denver, Colorado  80202.

Dated this 31st day of July, 2012.

BY THE COURT:

William J. Martínez
United States District Judge